In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00541-CV


____________________



STATE NATIONAL INSURANCE COMPANY, INC., Appellant



V.



CAROLYN HAWTHORNE TUDMON, Appellee






On Appeal from the 1st District Court


Newton County, Texas


Trial Cause No. 12568






MEMORANDUM OPINION


 The appellant, State National Insurance Company, Inc., notified the Court that the
appeal is moot because the trial court vacated the order at issue in this accelerated appeal. 
See Tex. R. App. P. 29.5. No party objected to the suggestion of mootness. Accordingly, we
dismiss the appeal. See Tex. R. App. P.42.3(a). 

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 26, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.